IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00275-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

5985 HIGHWAY 9, BLUE RIVER COLORADO,
56 ROCK SPRINGS ROAD, BLUE RIVER, COLORADO

     Defendants.

## ORDER OF INTERLOCUTORY SALE

     THIS MATTER comes before the Court on the Unopposed Motion for Order of Interlocutory Sale Only As To Defendant 5985 Highway 9, filed April 5, 2007 (document #14), and the Court having read said Motion and being fully advised in the premises:

     FINDS THAT the United States has commenced this action pursuant to 21 U.S.C. § 881;

     THAT the Verified Complaint seeks forfeiture of defendant 5985 Highway 9, Blue River, Colorado;

     THAT Sjarief Contessa is the record title holder of the property;

     THAT the United States and Sjarief Contessa have agreed to an interlocutory sale of the property;

     NOW THEREFORE, IT IS ORDERED that the United States, through the United States Marshals Service, or its designated agents, shall take possession of the

property described above, that the property shall be sold, and that the net proceeds of the sale, defined as all monies remaining after the sale, to include escrows, after all costs associated with the sale have been paid, including but not limited to Realtor's commissions, auction costs, property taxes, closing costs, and liens of record, shall be deposited with the United States Marshal Service as substitute *res* pending the filing of the parties' Settlement Agreement, or final adjudication of this case.

Dated: April 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge